August 1, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

RON POUNDS, Appellant

NO. 14-16-00263-CV                    V.

LIBERTY LLOYDS OF TEXAS INSURANCE COMPANY, Appellee

_____

      This cause, an appeal from the judgment in favor of appellee, Liberty Lloyds of Texas Insurance Company, signed February 26, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

      We order appellant, Ron Pounds, to pay all costs incurred in this appeal.

      We further order this decision certified below for observance.